1   NICOLA T. HANNA
    United States Attorney
2   LAWRENCE S. MIDDLETON
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   JOHN J. KUCERA (Cal. Bar No. 274184)
    Assistant United States Attorney
6   Asset Forfeiture Section
         1400 United States Courthouse
7        312 North Spring Street
         Los Angeles, California 90012
8        Telephone: (213) 894-3391
         Facsimile: (213) 894-7177
9        E-mail:    John.Kucera@usdoj.gov

10  Attorneys for
    UNITED STATES OF AMERICA

11

                    UNITED STATES DISTRICT COURT
12
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                          WESTERN DIVISION
14

15  IN THE MATTER OF THE SEIZURE OF          No. CR. MISC. 2:18-MJ-00715
    ANY AND ALL FUNDS HELD IN
16  COMPASS BANK ACCOUNTS:                    **EX PARTE APPLICATION FOR ORDER**
    #6738453873 IN THE NAME OF                **SEALING APPLICATION AND SUPPORTING**
17  CEREUS PROPERTIES LLC AND                 **AFFIDAVIT FOR SEIZURE WARRANT AND**
    #6745023825 IN THE NAME OF JOHN           **OTHER PAPERS; MEMORANDUM OF POINTS**
18  BRUNST                                    **AND AUTHORITIES; DECLARATION OF**
                                              **LYNDON A. VERSOZA**
19
                                              **[UNDER SEAL]**
20

21

22       Plaintiff United States of America hereby applies to this Court

23  for an order permitting it to seal the application for and affidavit

24  in support of seizure warrant, and attachments, until the earlier of a

25  further order of court or the filing of a civil complaint for forfeiture

26  against the seized asset(s).

27       In addition, the government applies to seal this *ex parte*

28  application, the attached Memorandum of Points and Authorities, and

the attached Declaration of Postal Inspector Lyndon A. Versoza offered in support of this *ex parte* application.

Dated: March 26, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/John J. Kucera
_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

2

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2    The United States seeks an order sealing the application for,

3 and affidavit and attachments offered in support of the instant

4 seizure warrant.  Federal courts are empowered to seal documents in

5 appropriate circumstances.  *Cf.* Fed.R.Crim.P. 6(e)(4) (sealing of

6 indictments).  The Supreme Court has noted that "[e]very court has

7 supervisory power over its own records and files, and access has been

8 denied where court files might have become a vehicle for improper

9 purposes."  *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598

10 (1978).  The Ninth Circuit has held that federal district courts have

11 the inherent power to seal affidavits filed with search warrants in

12 appropriate circumstances.  *Offices of Lakeside Non-Ferrous Metals,*

13 *Inc. v. United States*, 679 F.2d 778, 779 (9th Cir. 1982); *United*

14 *States v. Agosto,* 600 F.2d 1256, 1257 (9th Cir. 1979).  This inherent

15 power may appropriately be exercised to protect an informant or to

16 keep confidential an ongoing criminal investigation.  *United States*

17 *v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *Shea v. Gabriel*, 520 F.2d

18 879, 882 (1st Cir. 1979).

19    Here, as set forth in the attached Declaration of Postal

20 Inspector Lyndon A. Versoza, the disclosure of the application,

21 affidavit and attachments filed in support of the seizure warrant

22 sought in this matter would directly harm the government's ongoing

23 criminal investigation of this matter by disclosing the details and

24 extent of that investigation.

25    Accordingly, the government requests that this Court enter an

26 order sealing the application, affidavit and attachments offered in

27 support of the seizure warrant, as well as this *ex parte* application,

28

1

1   the Memorandum of Points and Authorities, and the Declaration of

2   Postal Inspector Lyndon A. Versoza filed in support of this *ex parte*

3   application, until the earlier of a further order of the Court or the

4   filing of a civil judicial forfeiture complaint against any assets

5   seized through execution of the warrant.

6   Dated: March 26, 2018                    Respectfully submitted,

7                                            NICOLA T. HANNA
                                             United States Attorney
8                                            LAWRENCE S. MIDDLETON
                                             Assistant United States Attorney
9                                            Chief, Criminal Division
                                             STEVEN R. WELK
10                                           Assistant United States Attorney
                                             Chief, Asset Forfeiture Section

11

12                                           /s/John J. Kucera
                                             JOHN J. KUCERA
13                                           Assistant United States Attorney

14                                           Attorneys for
                                             UNITED STATES OF AMERICA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**DECLARATION OF POSTAL INSPECTOR LYNDON A. VERSOZA**

2    I, Lyndon A. Versoza, hereby depose and state as follows:

3    1.   I am a Postal Inspector employed by the United States Postal

4 Inspection Service ("USPIS"), and have been so employed since June

5 2005.   I have personal knowledge of the facts set forth herein, and I

6 can and will testify to these facts fully and truthfully if called

7 and sworn as a witness.

8    2.   This investigation involves allegations of international

9 money laundering for Promotion.   I believe this ongoing criminal

10 investigation would be adversely affected by the public disclosure of

11 information pertaining to this investigation since it would reveal

12 the existence, scope, and nature of the investigation, including the

13 potential identification of cooperating witnesses and the identities

14 of potential criminal targets.

15    3.   Further, as arrest and search warrants are also being sought

16 and/or have been issued, disclosure could lead to the subjects'

17 flight from prosecution as well as their destruction of evidence.

18    4.    Accordingly, it is requested that the application,

19 affidavit and attachments offered in support of the seizure warrant,

20 as well as this application and related papers, be sealed until the

21 earlier of a further order of the court or the filing of a civil

22 judicial forfeiture complaint.

23 //

24 //

25 //

26

27

28

3

1   I declare under penalty of perjury under the laws of the United

2 States of America that, to the best of my knowledge, the foregoing is

3 true and correct.

4   Executed on this ___ day of March, 2018, at Los Angeles,

5 California.

6

7              _____

                Lyndon A. Versoza

8               Postal Inspector,

                United States Postal Inspection Service

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4