```
 1 | NICOLA T. HANNA
   | United States Attorney
 2 | LAWRENCE S. MIDDLETON
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | STEVEN R. WELK
 4 | Assistant United States Attorney
   | Chief, Asset Forfeiture Section
 5 | JOHN J. KUCERA (Cal. Bar No. 274184)
   | Assistant United States Attorney
 6 | Asset Forfeiture Section
   |      1400 United States Courthouse
 7 |      312 North Spring Street
   |      Los Angeles, California 90012
 8 |      Telephone: (213) 894-3391
   |      Facsimile: (213) 894-7177
 9 |      E-mail:    John.Kucera@usdoj.gov
10 | Attorneys for
   | UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ANY AND ALL FUNDS HELD IN COMPASS BANK ACCOUNTS: #6738453873 IN THE NAME OF CEREUS PROPERTIES LLC AND #6745023825 IN THE NAME OF JOHN BRUNST | No. CR. MISC. 2:18-MJ-00715<br><br>**_EX PARTE_ APPLICATION FOR ORDER SEALING APPLICATION AND SUPPORTING AFFIDAVIT FOR SEIZURE WARRANT AND OTHER PAPERS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LYNDON A. VERSOZA**<br><br>**[UNDER SEAL]** |

   Plaintiff United States of America hereby applies to this Court for an order permitting it to seal the application for and affidavit in support of seizure warrant, and attachments, until the earlier of a further order of court or the filing of a civil complaint for forfeiture against the seized asset(s).

   In addition, the government applies to seal this *ex parte* application, the attached Memorandum of Points and Authorities, and

the attached Declaration of Postal Inspector Lyndon A. Versoza offered in support of this *ex parte* application.

Dated: March 26, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The United States seeks an order sealing the application for, and affidavit and attachments offered in support of the instant seizure warrant. Federal courts are empowered to seal documents in appropriate circumstances. *Cf.* Fed.R.Crim.P. 6(e)(4) (sealing of indictments). The Supreme Court has noted that "[e]very court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978). The Ninth Circuit has held that federal district courts have the inherent power to seal affidavits filed with search warrants in appropriate circumstances. *Offices of Lakeside Non-Ferrous Metals, Inc. v. United States*, 679 F.2d 778, 779 (9th Cir. 1982); *United States v. Agosto,* 600 F.2d 1256, 1257 (9th Cir. 1979). This inherent power may appropriately be exercised to protect an informant or to keep confidential an ongoing criminal investigation. *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *Shea v. Gabriel*, 520 F.2d 879, 882 (1st Cir. 1979).

Here, as set forth in the attached Declaration of Postal Inspector Lyndon A. Versoza, the disclosure of the application, affidavit and attachments filed in support of the seizure warrant sought in this matter would directly harm the government's ongoing criminal investigation of this matter by disclosing the details and extent of that investigation.

Accordingly, the government requests that this Court enter an order sealing the application, affidavit and attachments offered in support of the seizure warrant, as well as this *ex parte* application,

the Memorandum of Points and Authorities, and the Declaration of Postal Inspector Lyndon A. Versoza filed in support of this *ex parte* application, until the earlier of a further order of the Court or the filing of a civil judicial forfeiture complaint against any assets seized through execution of the warrant.

Dated: March 26, 2018               Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

2

**DECLARATION OF POSTAL INSPECTOR LYNDON A. VERSOZA**

I, Lyndon A. Versoza, hereby depose and state as follows:

1. I am a Postal Inspector employed by the United States Postal Inspection Service ("USPIS"), and have been so employed since June 2005. I have personal knowledge of the facts set forth herein, and I can and will testify to these facts fully and truthfully if called and sworn as a witness.

2. This investigation involves allegations of international money laundering for Promotion. I believe this ongoing criminal investigation would be adversely affected by the public disclosure of information pertaining to this investigation since it would reveal the existence, scope, and nature of the investigation, including the potential identification of cooperating witnesses and the identities of potential criminal targets.

3. Further, as arrest and search warrants are also being sought and/or have been issued, disclosure could lead to the subjects' flight from prosecution as well as their destruction of evidence.

4. Accordingly, it is requested that the application, affidavit and attachments offered in support of the seizure warrant, as well as this application and related papers, be sealed until the earlier of a further order of the court or the filing of a civil judicial forfeiture complaint.

//
//
//

3

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on this ___ day of March, 2018, at Los Angeles, California.

_____
Lyndon A. Versoza
Postal Inspector,
United States Postal Inspection Service