# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Any and all funds held in Compass Bank Accounts: #6738453873 and #6745023825

**AMENDED SEIZURE WARRANT**

CASE NUMBER:  2:18-MJ-00715

TO:   United States Postal Service   (USPIS)  and any Authorized Officer of the United States, Affidavit(s) having been made before me by POSTAL INSPECTOR LYNDON A. VERSOZA   who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds held in Compass Bank Accounts: #673843873 and #6745023825

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under  18 U.S.C. § 981 (a)(1)(A) and (C)

**concerning a violation of Title** _18_ **United States Code, Sections**  1952(a)(3)(A) and (b), 1956 and 1957  .

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

   Compass Bank   is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

3/28/18  6:30 p.m.

**Date and Time Issued**

Los Angeles, California

**City and State**

**Hon. PATRICK J. WALSH, U.S. Magistrate Judge**

*Patrick J. Walsh*

**Signature of Judicial Officer**

**Name and Title of Judicial Officer**

**JOHN J. KUCERA/smb**

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |
|---|
| |

| CERTIFICATION |
|---|
| *I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.* <br><br> Date: _____  _____ <br> *Executing Officer's Signature* <br><br> _____ <br> *Printed Name and Title* |