UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ANY AND ALL FUNDS HELD IN COMPASS BANK ACCOUNTS: #6738453873 AND #6745023825 | No. CR. MISC. 2:18-MJ-00715<br><br>**ORDER SEALING**<br><br>**[UNDER SEAL]** |

    The United States of America has applied to this Court for an Order sealing the application, affidavit and attachments offered in support of its request for a seizure warrant in the above-entitled matter, as well as its application for an order sealing, and the supporting Memorandum of Points and Authorities and accompanying Declaration of Postal Inspector Lyndon A. Versoza.

    Upon consideration of the application and the entire record herein, **IT IS HEREBY ORDERED** that the application, affidavit and attachments offered in support of the request for a seizure warrant, as well as the application of the United States for an order sealing the supporting Memorandum of Points and Authorities and Declaration of Postal Inspector Lyndon A. Versoza, shall be filed with this Court under seal, and shall not be disclosed to any person unless otherwise

1

ordered by this Court or upon the filing of a civil complaint for forfeiture against any assets seized pursuant to the execution of the warrant, whichever is earlier.

DATED: March 28, 2018

*Patrick J. Walsh*

UNITED STATES MAGISTRATE JUDGE

Presented By:

NICOLA T. HANNA
United States Attorney
LAWRENCE C. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA