Case 2:18-mj-00715-DUTY   Document 8   Filed 05/15/18   Page 1 of 2   Page ID #:302
Case 2:18-mj-00715-DUTY *SEALED*   Document 4-1 *SEALED*   Filed 03/28/18   Page 1 of 2
Page ID #:171

# United States District Court

*ORIGINAL*

__CENTRAL__    **DISTRICT OF**    __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Any and all funds held in Compass Bank
Accounts: #6738453873 and #6745023825

**AMENDED SEIZURE WARRANT**

**CASE NUMBER:**  2:18-MJ-00715

TO:  __United States Postal Service  (USPIS)__ and any Authorized Officer of the United States, Affidavit(s) having been made before me by __POSTAL INSPECTOR LYNDON A. VERSOZA__  who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds held in Compass Bank Accounts: #673843873 and #6745023825

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under  18 U.S.C. § 981 (a)(1)(A) and (C)

**concerning a violation of Title __18__   United States Code, Sections __1952(a)(3)(A) and (b), 1956 and 1957__ .**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

__Compass Bank__  is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

__3/28/18__    __6:30 p.m.__
**Date and Time Issued**

__Los Angeles, California__
**City and State**

__Patrick J. Walsh__
**Signature of Judicial Officer**

__Hon. PATRICK J. WALSH, U.S. Magistrate Judge__
**Name and Title of Judicial Officer**

JOHN J. KUCERA/smb

Case 2:18-mj-00715-DUTY   Document 8   Filed 05/15/18   Page 2 of 2   Page ID #:303
Case 2:18-mj-00715-DUTY *SEALED*   Document 4-1 *SEALED*   Filed 03/28/18   Page 2 of 2
Page ID #:172

| RETURN | | |
| --- | --- | --- |
| DATE WARRANT RECEIVED<br><br>3/28/18 | DATE AND TIME WARRANT EXECUTED<br><br>4/6/18 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br><br>Compass Bank |

INVENTORY MADE IN THE PRESENCE OF

Quoc Thai    SA [IRS-CI]

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

x3873   1.) Bank Account    -    $ 5,462,027.17

x3825   2.) Bank Account    ->    $ 359,527.06

LV

CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 4/6/18

_____
*Executing Officer's Signature*

Lyndan Versozi
*Printed Name and Title*