UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE: APPLICATION, AFFIDAVIT AND SEIZURE WARRANT 18-MJ-00715 | No. 2:18-MJ-00715 ORDER UNSEALING THE APPLICATION FOR SEIZURE WARRANT, AFFIDAVIT AND SEIZURE WARRANT |
|---|---|

The United States of America has applied *ex parte* for an order unsealing Applications, Affidavits and Seizure warrant for the following CR Misc. Nos.: 18-MJ-00711; 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00721; 18-MJ-00722; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01000; and 18-MJ-01001.

This applications, affidavits and seizure warrants were required to be sealed pursuant to the March 28, April 4, and April 26, 2018, Sealing Orders unless and until the court terminates that order or

upon the filing of a civil complaint for forfeiture against any assets seized pursuant to the execution of the warrants, whichever is earlier.

IT IS ORDERED:

The Applications, Affidavits and Seizure warrant for the following CR Misc. Nos.: 18-MJ-00711; 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00721; 18-MJ-00722; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01000; and 18-MJ-01001 are unsealed.

DATED: May 16, 2018

*Alicia G. Rosenberg*
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA